UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARY KUTTY THOMAS, et al.,

                        Plaintiffs,                              **ORDER**

        -against-                                  08-CV-3250 (RLM)

EILEEN O'BRIEN, et al.,

                        Defendants.
-----------------------------------------------------------x
THOMAS VARUGHESE,

                        Plaintiff,

        -against-                                08-CV-3448 (NG)

EMILY O'BRIEN, et al.,

                        Defendants.
-----------------------------------------------------------x

      The claims remaining in the above cases are consolidated for trial, which will

commence on April 26, 2010, at 9:00 a.m., in Courtroom 13C-S.

      By March 18, 2010, the parties shall exchange and submit to Chambers premarked

copies of all trial exhibits.

      Plaintiffs' portion of the joint pretrial order ("JPTO") shall be served by March 18,

2010; defendants' shall be served by March 25, 2010; counterclaim defendant's shall be served

by March 31, 2010; the combined JPTO shall be filed by April 6, 2010, along with voir dire

requests, requests to charge, proposed verdict sheets, and *in limine* motions. Responses to *in*

*limine motions* are due by April 12, 2010.  The final pretrial conference will be held on April

20, 2010, at 10:00 a.m.

**SO ORDERED.**

**Dated:     Brooklyn, New York**
**March 9, 2010**

**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**